# PERSONNEL – DEFINITIONS

The Board will maintain standard definitions of employment and will classify employees in accordance with these definitions, unless otherwise stated by policy or the Code of Virginia.

A. <u>Classified Employees</u>

   Classified personnel are those employees of the Board who are not contracted teachers. These employees are normally paid on the Albemarle County administrative/classified pay scale or other approved scale. Exceptions must be approved by the Director of Human Resources/designee.

B. <u>Employees of the Board</u>

   "Employees of the Board" means all persons working for the Board in exchange for money, except for independent contractors, volunteers, and employees of Partner Agencies. All unspecified references to "employees" shall refer to all the employees of the Board except the Albemarle County Superintendent of Schools. All employees of the Board, excluding those who have written contracts, are "employees at-will" and may be dismissed from employment at any time, with or without cause.

C. <u>Licensed Administrators</u>

   Licensed administrators are those classified employees who work in leadership/supervisory capacities, are normally paid on the administrative/classified pay scale, are issued written contracts, and are required by the Virginia Department of Education to hold a valid license issued by the Commonwealth of Virginia for their positions.

D. <u>Non-Licensed Administrators</u>

   Non-licensed administrators are those classified employees who work in leadership/supervisory capacities and are normally paid on the administrative/classified pay scale. They are not issued written contracts and are not required by the Virginia Department of Education to hold licenses for their positions.

E. <u>Partner Agency</u>

   A Partner Agency is a public agency/organization which is on the Albemarle County Public Schools and Albemarle County Local Government financial systems, including payroll, and has agreed in writing to follow some or all Albemarle County Public Schools and/or Albemarle County Local Government policies. Employees of Partner Agencies remain employees of their respective Partner Agencies. They are not employees of Albemarle County Public Schools or Albemarle County Local Government and are not entitled to any of the rights, privileges, or benefits related to employment with either

unless otherwise agreed upon in writing by the Board/designee or expressly provided by policy.

F.  Substitute Teacher

Those temporary employees who are (i) who is employed to substitute for a contracted teacher for a temporary period of time during the contracted teacher's absence or (ii) GCA one who is employed to fill a teacher vacancy for a period of time, but for no longer than 90 teaching days in such vacancy, unless otherwise approved by the State Superintendent of Public Instruction on a case-by-case basis, during one school year.

G.  Teachers

"Teacher" shall mean a person who holds a is required to hold a valid teaching or specialist license and/or is paid on the teacher pay scale. Teachers are issued contracts and license waivers in accordance with the Code of Virginia and the Virginia Department of Education.

H.  Temporary Employees

Temporary employees are those hired for a specific period of time or for the duration of a specific project, activity, or group of assignments. Employees working as substitutes in the absence of incumbents for regular positions are also considered temporary employees. Pay is based upon an established or agreed-upon rate exclusive of the teacher pay scale or the administrative/classified pay scale. Employment Agreements may be entered into to establish terms and conditions of employment and any benefits provided.

---

Adopted:   July 1, 1993
Amended:   July 8, 1996; December 8, 1997; August 16, 2004; January 27, 2011; October 11, 2012; January 22, 2015; October 18, 2018

---

Legal Ref.:   Code of Virginia, 1950, as amended, §§ 22.1-78, 22.1-293; 22.1-295; 22.1-313.

8 VAC §§20-440-10 *et seq*.

Cross Ref.:   GC, *Licensed Staff*
GCB, Licensed Staff Contracts
GCG, Licensed Staff Probation and Tenure