

February 11, 2019

The Honorable Glen E. Conrad
United States District Court for the
 Western District of Virginia
P.O. Box 2822
Roanoke, Virginia 24001

      Re:   *Ira D. Socol v. Albemarle County School Board and Dr. Matthew Haas*
            Case No.: 3:18-cv-0090

Dear Judge Conrad:

    I am in receipt of Mr. Adams' letter dated February 7, 2019, providing his argument relating to plaintiff's position that statements should be evaluated for stigma in the context of the relevant profession or community and his proposed amended complaint. In accordance with your instruction during our oral argument on January 28, 2019, I am requesting seven days to provide a response to both the argument and proposed amended complaint before you rule on the pending motion to dismiss.

    I appreciate your kind consideration to this request.

                            Very truly yours,

                            ROYER LAW FIRM, P.C.

                            Jennifer D. Royer

cc: Jeffrey R. Adams, Esq.

1901 Denniston Avenue, S.W. | Post Office Box 4525 | Roanoke, Virginia 24015
(540) 788-2982 Telephone | (540) 675-4093 Facsimile | www.royerlawfirm.com