UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| IRA D. SOCOL, | ) |
| Plaintiff | ) |
| v. | ) No. 3:18cv00090 |
| ALBEMARLE COUNTY SCHOOL BOARD | ) |
| and | ) |
| MATTHEW S. HAAS, individually and as Superintendent of Albemarle County Public Schools, | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION TO STRIKE OR DISREGARD EXTRANEOUS MATERIALS**

Plaintiff Ira D. Socol, by counsel, moves this Court to strike or disregard the extraneous materials discussed in and appended to Defendants' Supplemental Memorandum in Support of Defendants' Motion to Dismiss (ECF No. 15) (the "Supplemental Memorandum"). For the reasons stated in the accompanying memorandum, the Plaintiff respectfully submits that Exhibits C and D appended to the Supplemental Memorandum are outside the scope of documents permitted to be considered by the Court on Defendants' Motion to Defendants' Motion to Dismiss Complaint (ECF No. 4).

WHEREFORE, Plaintiff Ira D. Socol respectfully moves the Court to strike Exhibits C and D and any argument made pursuant to those exhibits, or otherwise disregard the same.

1

Respectfully Submitted,

**Ira D. Socol**
By Counsel

_____/s/ Jeffrey R. Adams_____
Jeffrey R. Adams (Virginia State Bar No. 43411)
Lucas I. Pangle (Virginia State Bar No. 90963)
Wharton, Aldhizer & Weaver, PLC
125 S. Augusta Street
Staunton, Virginia 24401
Telephone: 540-885-0199
Facsimile: 540-213-0390
Email: jadams@wawlaw.com
      lpangle@wawlaw.com
*Counsel to Ira D. Socol*

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys registered with the ECF system.

    Jennifer D. Royer, Esq.
    Royer Law Firm, P.C.
    PO Box 4525
    Roanoke, Virginia 24015
    jroyer@royerlawfirm.com
    *Counsel for Defendants*

    /s/ Jeffrey R. Adams
    Jeffrey R. Adams (Virginia State Bar No. 43411)
    Lucas I. Pangle (Virginia State Bar No. 90963)
    Wharton, Aldhizer & Weaver, PLC
    125 S. Augusta Street
    Staunton, Virginia 24401
    Telephone: 540-885-0199
    Facsimile: 540-213-0390
    Email: jadams@wawlaw.com
           lpangle@wawlaw.com
    *Counsel to Ira D. Socol*

3

Case 3:18-cv-00090-GEC   Document 16   Filed 02/22/19   Page 3 of 3   Pageid#: 194