UNITED STATES DISTRICT COURT
Western District of Virginia

Julia C. Dudley  OFFICE OF THE CLERK  (540) 857-5100
Clerk  210 Franklin Road, SW, Room 540
Roanoke, Virginia 24011

April 3, 2019

To all counsel by email through Electronic Noticing:

Re: <u>Ira D. Socol v. Albermarle County School Board et al.</u>, Civil Action 318CV90

Dear Counsel:

This case has been assigned to Judge Glen E. Conrad. The judge has requested that I be in touch with the parties to determine a trial date approximately eight to nine months out, unless an earlier date is requested by the parties.

For the trial date, please confer among yourselves regarding how many days you think we'll need for trial and your availability for the following dates for a jury trial in Charlottesville:

*January 6-10, 2020*
*January 21-24, 2020*
*February 3-7, 2020*
*February 18-21, 2020*
*February 24-28, 2020*
*March 30-April 3, 2020 or*
*April 13-17, 2020.*

If no response is received, we will assume that any dates chosen in these time frames will be acceptable, and a scheduling order will issue within approximately 10 days. If a later time frame is needed, please advise.

I also see that we have a pending motion to dismiss and a motion to strike. I'm waiting to hear back from the judge as to some travel plans, and will provide hearing dates for that soon, if parties desire to be heard, rather than submit on pleadings.

Based on the trial date that is chosen, a pretrial order shall be entered establishing pretrial deadlines and making other provisions for the development of this case. Further, hearings on dispositive motions, such as motions to dismiss or for summary judgment, as well as motions regarding the admissibility of evidence, shall also be scheduled at least thirty days prior to trial. **To schedule any hearings, please email me at <u>susanm@vawd.uscourts.gov</u>, or call (540) 857-5119.**

The court wants all discovery completed and pretrial motions filed within forty-five (45) days of the trial date. All interrogatories and requests for documents should therefore be served in sufficient time to give the opposing party time to respond prior to the forty-five (45) days deadline. Hearings regarding dispositive pretrial motions must be held no later than thirty (30) days prior to trial, except with the prior approval of the presiding judge.

Judge Conrad actively promotes alternative dispute resolution in most civil cases. Generally, the parties may opt to initiate mediation, or some other form of alternative dispute resolution, prior to the completion of discovery. The court may initiate mediation shortly before, or shortly following, the scheduled completion of discovery.

For more information on mediation, ECF registration, and/or other local rules, the parties are referred to http://www.vawd.uscourts.gov, the public website of the Clerk's Office.

If you feel that the pretrial order in this case should include special provisions, please contact me by email at susanm@vawd.uscourts.gov or telephone at (540) 857-5119.

Very truly yours,

*Susan Moody*

Deputy Clerk