CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 2 5 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

IRA D. SOCOL,

    Plaintiff,

v.

ALBEMARLE COUNTY SCHOOL BOARD,

and

MATTHEW S. HAAS, individually and as Superintendent of Albemarle County Public Schools,

    Defendants.

Civil Action No. 3:18CV00090

**ORDER**

By: Hon. Glen E. Conrad
Senior United States District Judge

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. The defendant's motion to dismiss (Dkt. No. 4) is **GRANTED IN PART AND DENIED IN PART**;

2. The School Board is **DISMISSED** from the case; and

3. The plaintiff's motion to strike exhibits (Dkt. No. 16) is **DENIED AS MOOT**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to all counsel of record.

DATED: This 25th day of June, 2019.

                                                      /s/ Glen E. Conrad
                                                      Senior United States District Judge