UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

IRA D. SOCOL,

    Plaintiff,

v.   Case No. 3:18-cv00090

ALBEMARLE COUNTY SCHOOL BOARD

   and

MATTHEW S. HAAS, individually and as
   Superintendent of Albemarle County Public
   Schools,

    Defendants.

## NOTICE OF SUBPOENA FOR DOCUMENTS

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, a Subpoena has been issued this 10th day of March, 2020, to the following:

AT&T Corp.
c/o CT Corporation System, Registered Agent
4701 Cox Road, Suite 285
Glen Allen, VA  23060

The subpoena requires the production of documents described in the Subpoena Attachment, at the offices of Wharton, Aldhizer, & Weaver P.L.C. at 125 South Augusta Street, Suite 2000, Staunton, Virginia 24401.

Dated:  March 10, 2020.

                                                Respectfully submitted,
                                                **IRA D. SOCOL**
                                                By Counsel

**/s/ Lucas I. Pangle**
Jeffrey R. Adams (VSB No. 43411)
Lucas I. Pangle (VSB No. 90963)
Wharton, Aldhizer & Weaver, PLC
125 S. Augusta Street
Staunton, Virginia 24401
Telephone: 540-885-0199
Facsimile: 540-213-0390
Email: jadams@wawlaw.com
lpangle@wawlaw.com
*Counsel to Ira D. Socol*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of March, 2020, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

> Jennifer D. Royer, Esq.
> Royer Law Firm, P.C.
> P.O. Box 4525
> Roanoke, Virginia 24015
> jroyer@royerlawfirm.com
> *Counsel for Defendants*

I hereby certify that on the 10th day of March, 2020, a copy of the foregoing pleading was mailed via first-class U.S. mail and electronic mail to the following:

> Ross Holden
> Albemarle County Public Schools
> 401 McIntire Road, Suite 333
> Charlottesville, Virginia 22902
> rholden@k12albemarle.org
> *Counsel for Albemarle County School Board*

        **/s/ Lucas I. Pangle**
Jeffrey R. Adams (VSB No. 43411)
Lucas I. Pangle (VSB No. 90963)
Wharton, Aldhizer & Weaver, PLC
125 S. Augusta Street
Staunton, Virginia 24401
Telephone: 540-885-0199
Facsimile: 540-213-0390
Email: jadams@wawlaw.com
      lpangle@wawlaw.com
*Counsel to Ira D. Socol*

20005407.DOCX