IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

IRA D. SOCOL,
    Plaintiff

vs.           Civil Action No.   3:18CV00090

O R D E R

ALBEMARLE COUNTY SCHOOL BOARD, et al.,
    Defendants

This matter is before the Court on joint motion for continuance of the jury trial.   Finding good cause, it is now

O R D E R E D

that the trial of this case shall be and hereby is continued from July 28-31, 2020 to February 9-12, 2021.

With the continuance, the parties have agreed to the following new deadlines:

| | |
|---|---|
| Close of Discovery: | November 16, 2020 |
| Filing of Dispositive Motions: | November 30, 2020 |
| Response to Motions: | December 14, 2020 |
| Reply to Response: | December 21, 2020 |
| Hearing on Motions: | Early- Mid January, 2021. |

The Clerk is directed to send certified copies of this Order to all parties and counsel of record.

ENTER:   This 8th day of June, 2020.

*s/ Glen E. Conrad*
Senior United States District Judge