UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| IRA D. SOCOL, ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No.: 3:18cv00090 |
| v. ) | |
| ) | |
| ALBEMARLE COUNTY ) | |
| SCHOOL BOARD, *et al*. ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SUBPOENA DUCES TECUM

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, the defendant issued a subpoena *duces tecum* this 19th day of October, 2020, to the following:

> Dr. Pamela R. Moran
> 4900 Turkey Sag Road
> Keswick, VA 22947

The subpoena *duces tecum* requires the production of the documents described in the subpoena attachment at the offices of Royer Law Firm, P.C. at P.O. Box 4525 Roanoke, Virginia 24015.

Dated: October 19, 2020

MATTHEW S. HAAS

 /s/ Jennifer D. Royer
Jennifer D. Royer, VSB # 68099
ROYER LAW FIRM, P.C.
Post Office Box 4525
Roanoke, Virginia 24015
540-788-2982  Telephone
540-675-4093  Facsimile
jroyer@royerlawfirm.com
Counsel for defendant

CERTIFICATE OF SERVICE

       I hereby certify that on the 19th day of October, 2020, I have electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jeffrey R. Adams
Lucas I. Pangle
Wharton, Aldhizer & Weaver, PLC
125 S. Augusta Street
Staunton, Virginia  24401

                                                                             MATTHEW S. HAAS

                                                                             /s/ Jennifer D. Royer
                                                                            Jennifer D. Royer, VSB # 68099
                                                                            ROYER LAW FIRM, P.C.
                                                                            PO Box 4525
                                                                            Roanoke, Virginia 24015
                                                                            540-788-2982 Telephone
                                                                            540-675-4093 Facsimile
                                                                            jroyer@royerlawfirm.com
                                                                            Counsel for defendant