IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

IRA D. SOCOL,
    Plaintiff

vs.                                                Civil Action No.   3:18CV00090

O R D E R

ALBEMARLE COUNTY SCHOOL BOARD, et al.,
    Defendants

This matter is before the Court on joint motion for continuance of the jury trial. Finding good cause, it is now

O R D E R E D

that the trial of this case shall be and hereby is continued from February 9-12, 2021 to August 18-20, 2021.

Given the continuance, and the pending mediation, now scheduled for January 29, 2021, the following new deadlines are established:

    Close of Discovery:               June 4, 2021
    Filing of Dispositive Motions:  June 18, 2021
    Hearing on Motions:             Mid July, 2021
    Jury Trial:                          August 18-20, 2021

The Clerk is directed to send certified copies of this Order to all parties and counsel of record.

ENTER:    This 29th day of December, 2020.

                                                      *s/ Glen E. Conrad*
                                                      Senior United States District Judge