UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| IRA D. SOCOL, | ) |
|       Plaintiff | ) |
| | )   Case No.: 3:18cv00090 |
| v. | ) |
| ALBEMARLE COUNTY SCHOOL BOARD, *et al.* | ) |
|       Defendants. | ) |

## MOTION FOR PROTECTIVE ORDER
## AND TO LIMIT DEPOSITION EXAMINATIONS

Third-party Albemarle County School Board, by counsel, moves, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, for a protective order forbidding inquiry into certain matters, or limiting the scope of disclosure or discovery to certain matters, identified in the plaintiff's Rule 30(b)(b) deposition notice as more fully set forth in the accompanying memorandum. The School Board further moves for entry of an order staying the deposition, currently scheduled for April 29, 2021, until such time as this motion may be heard.

The School Board certifies that it has attempted to resolve this matter with plaintiff prior to filing this motion to no avail.

WHEREFORE, third-party Albemarle County School Board, by counsel, requests that its motion be granted and for such other and further relief as the nature of this case may require.

                                                    Respectfully submitted,

                                                  ALBEMARLE COUNTY SCHOOL
                                                  BOARD

                                                   /s/ Jennifer D. Royer

        Jennifer D. Royer, VSB # 68099
        ROYER LAW FIRM, P.C.
        Post Office Box 4525
        Roanoke, Virginia 24015
        540-788-2982  Telephone
        540-675-4093  Facsimile
        jroyer@royerlawfirm.com
        Counsel for Albemarle County School Board

## CERTIFICATE OF SERVICE

       I hereby certify that on the 17th day of April, 2021, I have electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jeffrey R. Adams
Lucas I. Pangle
Wharton, Aldhizer & Weaver, PLC
125 S. Augusta Street
Staunton, Virginia  24401

        ALBEMARLE COUNTY SCHOOL BOARD

        /s/ Jennifer D. Royer
        Jennifer D. Royer, VSB # 68099
        ROYER LAW FIRM, P.C.
        PO Box 4525
        Roanoke, Virginia 24015
        540-788-2982 Telephone
        540-675-4093 Facsimile
        jroyer@royerlawfirm.com
        Counsel for Albemarle County School Board