IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| IRA D. SOCOL,<br>　　Plaintiff, | )<br>)　Civil Action No. 3:18CV0090<br>) |
| v. | )　**ORDER**<br>) |
| ALBEMARLE COUNTY SCHOOL BOARD, et al.<br>　　Defendants. | )　By: Hon. Glen E. Conrad<br>)　　　Senior United States District Judge |

Finding good cause, it shall be and hereby is now

**O R D E R E D**

that this matter be TRANSFERRED to the docket of the Honorable Norman K. Moon, Senior United States District Judge for the Western District of Virginia, for all further action.

The Clerk is directed to certify copies of this Order to all parties.

ENTER:   This 22nd day of April, 2021.

_____
Senior United States District Judge