# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| IRA D. SOCOL, | |
| *Plaintiff*, | CASE NO. 3:18-cv-00090 |
| v. | **ORDER** |
| ALBEMARLE COUNTY SCHOOL BOARD, *et al.*, | JUDGE NORMAN K. MOON |
| *Defendants*. | |

This matter is before the Court on its own motion. All non-dispositive pretrial motions and issues are hereby referred to United States Magistrate Judge Joel C. Hoppe pursuant to 28 U.S.C. § 636(b)(1)(A).

It is so **ORDERED**.

The Clerk of Court is directed to send this Order to all counsel of record.

Entered this 7th day of May, 2021.

*[signature: Norman K. Moon]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE