# APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| Ira D. Socol | ) | CASE NO.: 3:18cv00090 |
| | ) | |
| v. | ) | DATE: 5/18/21 |
| | ) | |
| Albemarle County School Board | ) | |
| | ) | |
| TYPE OF HEARING: Motion Hearing | ) | Time in Court: 12:02-12:50=48 minutes |

*******************************************************************************

**PARTIES/SPEAKERS:**

1. USMJ - Joel C. Hoppe
2. Jennifer Royer
3. Mr. Holden
4. Jeffrey Adams
5.
6.
7.
8.
9. deputy clerk – Karen Dotson
10.

*******************************************************************************

CD NO(S). Recorded using AT&T Conference Manager    RECORDED BY: Karen Dotson

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 12:02 | 1,9,1,9 | 37 | 1,4,1 | | | | | | |
| | 1,2 | 38 | 4,1,4 | | | | | | |
| | | 39 | 1,4 | | | | | | |
| 10 | 4,1 | 41 | 1,4 | | | | | | |
| 10 | 2 | 42 | 1,4 | | | | | | |
| 12 | 1,2 | 43 | 1,4 | | | | | | |
| 14 | 1,2 | 46 | 1,4 | | | | | | |
| 20 | 1,2,1 | 47 | 1,4,1,2 | | | | | | |
| 23 | 1 | 50 | 1,2,4 | | | | | | |
| 24 | 2 | | 1 | | | | | | |
| 27 | 1,2,1,2 | | | | | | | | |
| 30 | 1,2 | | | | | | | | |
| 32 | 1,4 | | | | | | | | |