# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Ira D. Socol**

**vs.**

**Albemarle County School Board**

Action No: 3:18cv00090

Date: 5/18/21

Judge: Joel C. Hoppe, USMJ

Court Reporter: Karen Dotson, AT&T Conference Manager

Deputy Clerk: Karen Dotson

Plaintiff Attorney(s)

Jeffrey Adams

Defendant Attorney(s)

Jennifer Royer

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
Telephonic Motion Hearing:

#42 – Third Party Motion for a Protective Order and Limit Deposition Examinations

Ms. Royer argues motion
Mr. Adams argues motion
Rebuttal by plaintiff
Court to issue order

Time in court: 12:02-12:50=48 minutes