UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| IRA D. SOCOL, | ) |
|     *Plaintiff,* | ) ) ) ) Case No.: 3:18cv00090 |
| v. | ) ) |
| ALBEMARLE COUNTY SCHOOL BOARD, *et al*. | ) ) ) |
|     *Defendants*. | ) |

## MOTION FOR ENTRY OF PROPOSED PROTECTIVE ORDER

Defendant Matthew Haas, by counsel, with the consent of the plaintiff and the third-party witness, Pamela Moran, as evidenced by the signature of their respective counsel on the attached order, moves for the entry of the attached proposed protective order.

WHEREFORE, Defendant Matthew Haas, by counsel, requests that the attached proposed Protective Order be entered and for such other and further relief as the nature of this case requires.

Respectfully submitted,

 /s/ Jennifer D. Royer
Jennifer D. Royer, VSB # 68099
ROYER LAW FIRM, P.C.
Post Office Box 4525
Roanoke, Virginia 24015
540-788-2982  Telephone
540-675-4093  Facsimile
jroyer@royerlawfirm.com
Counsel for defendant

CERTIFICATE

      I hereby certify that on the 20th day of May, 2022, I have electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jeffrey R. Adams, Esq.
Lucas I. Pangle, Esq.
Wharton, Aldhizer & Weaver, PLC
125 S. Augusta Street
Staunton, Virginia  24401

      I have also caused an electronic copy of the foregoing to be sent to the following third-party, by counsel:

Marc A. Peritz, Esq.
FLORA PETTIT
530 East Main Street
P.O. Box 2057
Charlottesville, Virginia 22902
map@fplegal.com
Counsel for Dr. Pamela Moran

      /s/ Jennifer D. Royer
      Jennifer D. Royer, VSB # 68099
      ROYER LAW FIRM, P.C.
      Post Office Box 4525
      Roanoke, Virginia 24015
      540-788-2982  Telephone
      540-675-4093  Facsimile
      jroyer@royerlawfirm.com
      Counsel for defendant