# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| IRA D. SOCOL,<br><br>*Plaintiff*,<br><br>v.<br><br>MATTHEW S. HAAS, *individually and as Superintendent of Albemarle County Public Schools*,<br><br>*Defendant.* | CASE NO. 3:18-cv-00090<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

In anticipation of the jury trial in this case, the Court finds it just and appropriate to **ORDER** the parties to comply with the following deadlines:

1. **Proposed Jury Instructions**

Proposed jury instructions shall be exchanged no later than **fourteen (14) days** before trial. The parties shall file their proposed jury instructions and any special interrogatories no later than **seven (7) days** before trial.

2. **Motions in *Limine***

Motions in *limine* shall be filed no later than **fourteen (14) days** before trial. Any response thereto may be filed within **seven (7) days** of the motion's filing.

3. **Witness & Exhibit Lists**

The parties shall exchange and file lists of witnesses they expect to call at trial and exhibits they expect to introduce at trial, no later than **fourteen (14) days** before trial. For each witness, the list shall include the witness's name and address and a summary of the witness's anticipated testimony.

4. **Integrated Pretrial Order**

No later than **seven (7) days** before trial the parties shall jointly file a proposed pretrial order briefly summarizing the following:

- any contested issues of law that require a ruling before trial;
- the essential elements that a party must prove to establish any meritorious claims remaining for adjudication, and the damages or other relief sought;
- the essential elements that a party must prove to establish any meritorious defenses;
- the material facts and theories of liability or defense;
- any issues of fact contested by each party;
- any contested issues of law that do not require a ruling before trial;
- any stipulations; and
- any special voir dire questions.

For those items, if any, on which the parties are unable to agree, each party shall briefly state its position.

The Clerk of Court is directed to send a copy of this Order to all counsel of record.

Entered this 16th day of June, 2022.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE