# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| IRA D. SOCOL, *Plaintiff*, v. MATTHEW S. HAAS, *individually and as Superintendent of Albemarle County Public Schools*, *Defendant*. | CASE NO. 3:18-cv-00090 <br><br> <u>ORDER</u> <br><br> JUDGE NORMAN K. MOON |

In preparation for the jury trial in this case, the Court informs the parties that it is using the product from Box.com to facilitate submission and consideration of evidence. Box.com provides jurors access to the evidence during their deliberations through the use of exhibit presentation on a large screen monitor, including documents, videos, and photos. Jurors can view the evidence multiple times and can move to any specific exhibit they wish to examine or read. The Court **ORDERS** counsel to submit exhibits no later than **July 6, 2022**. The attached instructions provide further information for the preparation by counsel of the electronic exhibit files. Further questions may be directed to Heidi Wheeler in the Clerk's Office: (434) 296-9284, or heidiw@vawd.uscourts.gov. The Court further **ORDERS** counsel to submit **two (2) courtesy paper copies** of exhibits to the Court's Lynchburg Chambers by **July 6, 2022**.

The Clerk of Court is directed to send a copy of this Order to all counsel of record.

Entered this  16th  day of June, 2022.

*[signature]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE