# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **Ira D. Socol** | Action No:   3:18CV90 |
| | Date:   6/22/2022 |
| vs. | Judge:   Norman K. Moon |
| | Court Reporter:   Lisa Blair |
| **Matthew S. Haas** | Deputy Clerk:   Heidi N. Wheeler |

| Plaintiff Attorney(s) | Defendant Attorney(s) |
|---|---|
| Jeffrey Adams | Jennifer Royer |

## LIST OF WITNESSES

| PLAINTIFF/GOVERNMENT: | DEFENDANT: |
|---|---|
| 1. | |

PROCEEDINGS:
Video- Final Pretrial Conference 4:00-4:15= 15 min

Parties present through counsel for hearing.

Court addresses parties regarding trial schedules and proceedings.

Jury selection procedures addressed.

Remarks by Court.

Parties discuss possibility of mediation.

Court will respond to parties by Friday, June 24, but parties are to plan to proceed with trial date in the interim.