UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

IRA D. SOCOL

    Plaintiff,

v.                                            Civil Action No.: 3:18cv00090

                                                Hon. Norman K. Moon

ALBEMARLE COUNTY SCHOOL BOARD

    and

MATTHEW S. HAAS, individually and as Superintendent
    of Albemarle County Public Schools,

    Defendant.

### ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the Agreed Stipulation of Dismissal with Prejudice filed by Plaintiff, Ira D. Socol ("Plaintiff") and Defendant Matthew S. Haas ("Defendant")and in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Court ORDERS, ADJUDGES, AND DECREES THAT: (1) all of Plaintiff's claims and causes of action against Defendant and Albemarle County School Board in this action be, and are hereby, dismissed with prejudice; (2) this action be and is hereby, dismissed with prejudice in its entirety; and (3) Plaintiff and Defendant shall each bear their own attorneys' fees and costs.

    THE COURT SO ORDERS.

Entered: July 18, 2022

Norman K. Moon
Senior United States District Judge